**III. Statement of Claim**

Edward "Allan" Watts was born into ongoing unlawful hostility and is being victimized by ongoing crimes which include child sex abuse, attempted murder, and kidnapping committed by adults inflicting the unlawful hostility. As an element of crimes alleged herein, Edward Allan Watts was removed from their lawful residence without due process by adults inflicting the unlawful hostility through solicited crimes of felony violence from City of Fort Smith Police Department officers acting outside their official capacities [18 USC § 373 ©]. Edward Allan Watts has attempted to report the crimes alleged herein, but the Sebastian County Prosecuting Attorney coordinated denial of access and retaliation against Allan. Edward Allan Watts has significant proof that the Sebastian County Prosecuting Attorney does not have jurisdiction over crimes regarding Allan, but that evidence only came to light after the Sebastian County Prosecuting Attorney's Office surreptitiously entered into a signed agreement to investigate crimes against Allan then showed signs of failing to honor the agreement. Edward Allan Watts reported prosecutable crimes by the Sebastian County Prosecuting Attorney to the Office of the United States Attorney for the Western District of Arkansas, but that office has defrauded Allan. Edward Allan Watts reported prosecutable crimes by the Office of the United States Attorney for the Western District of Arkansas and others to the Department of Justice Office of the Inspector General. Unfortunately, the Department of Justice Office of the Inspector General has defrauded Allan after agreeing to investigate the Department of Justice Office of Professional Responsibility, the Department of Justice Civil Division, and other parties named herein or otherwise in regards to conduct including fraud against Edward Allan Watts involving parties located in the United States District Court for the Southern District of New York's jurisdiction. When the agreement to investigate was made, Allan requested that the Department of Justice

Office of the Inspector General preferably transfer Allan's case to the Southern District of New York. The Department of Justice Office of the Inspector General issued an acknowledgement of receipt regarding Allan's report, but that acknowledgement contained no information about disposition. The Department of Justice Office of the Inspector General has been rude and abrasive on follow up, entering into a clear, prosecutable conspiracy to abrogate the civil rights of Edward Allan Watts and avoid being held accountable. Following the Office of the Inspector General's written acknowledgement of receipt regarding Allan's report, the Administrative Office of the United States Courts issued a fraudulent denial letter to Edward Allan Watts which established prevailing jurisdiction in Washington DC rather than the United States District Court for the Southern District of New York. Edward Allan Watts sued the Administrative Office of the United States Courts Et Al. in Washington DC but faced fraud there and in subsequent jurisdictions following evidence which arose after the denial letter. The United States Courts has refused to follow the law and/or enforce the agreements made to investigate crimes against Edward Allan Watts. The United States Courts is cooperating with the City of Fort Smith, Sebastian County, and Department of Justice in their attempts to conceal crimes against Edward Allan Watts by government officials acting outside their official capacities. As part of that attempt to conceal crimes, the City of Fort Smith wrongully arrested Allan and is maliciously prosecuting the plaintiff in the Circuit Court of Sebastian County under Judge Gunner Delay. Judge Delay has repeatedly flouted the law in Allan's case then dishonestly accused Edward Allan Watts of suffering from mental health incapacitation and suspended the trial after Allan proved the judge to be lawless. The wrongful arrest, malicious prosecution, and fraud upon the Circuit Court of Sebastian County against Allan have taken place in such a way to criminally disrupt litigation in the United States Court of Appeals for the Ninth Circuit. On November 25,

2025, Edward Allan Watts filed a motion requesting that the United States Court of Appeals for the Ninth Circuit issue emergency relief to restrain the lawless prosecution and remedy individuals interfering in Allan's civil case, but the United States Court of Appeals for the Ninth Circuit has not responded. In the last week, Edward Allan Watts has come to understand that United States Court of Appeals for the Ninth Circuit Circuit Justice Elena Kagan engaged in related behavior outside their official capacities which potentially removes the justice's personal jurisdiction from some material involving Edward Allan Watts. Because Allan is the victim of ongoing crimes by government personnel acting outside their official capacities, no one is immune from prosecution for contributory acts surrounding those crimes. Because Edward Allan Watts was removed from their lawful residence without due process, statutes of limitations will not expire. If the Department of Justice Office of the Inspector General transferred Allan's case to the Southern District of New York before the Administrative Office of the United States Courts intervened with its fraudulent denial letter, the Southern District of New York has been liable and remains liable for the kidnapping and other crimes against children and vulnerable people perpetrated against Edward Allan Watts. If the United States Department of Justice Office of the Inspector General did not transfer Allan's case to the Southern District of New York as was requested, the United States District Court for the Southern District of New York has now become liable upon receipt of this complaint. Either way, the Department of Justice Office of the Inspector General has breached its contract to investigate prosecutable crimes against Edward Allan Watts, showing negligence and failure to supervise in its refusal to enforce the results its promised investigation would produce.

### IV. Relief

Edward Allan Watts and Lindsay Lopez are being held hostage and tortured to death as part of crimes by government personnel acting outside their official capacities. The named defendants and others are doing this because the Department of Justice Office of the Inspector General refuses to honor its agreement, investigate the crimes against Edward Allan Watts, and enforce the results its investigation would produce. On December 5, 2025, Judge Gunner Delay suspended Allan's relevant criminal trial without due process. Judge Delay lost jurisdiction that day, and by law, the judge could not restart the trial. Despite that, the trial has continued, and Judge Delay's behavior has made it so Edward Allan Watts cannot enter Delay's court without Allan's rights being violated. Among other facts, the Department of Justice Office of the Inspector General coming into compliance with the law would cause City of Fort Smith and Sebastian County to cease their lawless prosecution, so in this complaint, Edward Allan Watts is solely demanding that the United States Department of Justice Office of the Inspector General honor its agreement to investigate.